**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 456 WAL 2018

           Respondent       :

                           :     Petition for Allowance of Appeal from

                           :     the Order of the Superior Court

          v.                  :

                           :

CASSANDRA GOOD,              :

                           :

          Petitioner         :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 1st day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.